

# IN THE
# TENTH COURT OF APPEALS

No. 10-10-00067-CR
No. 10-10-00068-CR

**SHERYL MARIE FANNIN,**

                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**

From the 413th District Court
Johnson County, Texas
Trial Court Nos. F40482 and F40952

## MEMORANDUM OPINION

Sheryl Marie Fannin appealed the trial court's judgments revoking her community supervision but has now filed motions requesting this Court to dismiss the appeals. Fannin personally signed the motions to dismiss.

Accordingly, the appeals are dismissed. TEX. R. APP. P. 42.2(a).

                    TOM GRAY
                    Chief Justice

Before Chief Justice Gray,
  Justice Reyna, and
  Justice Davis
Appeals dismissed
Opinion delivered and filed May 12, 2010
Do not publish
[CR25]